ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2011 NOV 28 PM 3:30
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:11-CR-151-A |
| § | |
| CRYSTAL LA VON MASON-HOBBS (1) § | |

### GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Motion Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Crystal La Von Mason-Hobbs is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
801 Cherry Street, Unit 4
Burnett Plaza, Suite 1700
Fort Worth, Texas 76102
Telephone:   817.252.5200
Facsimile:    817.252.5455
E-mail:         matthew.gulde@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by hand-delivery to the, U.S. Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102, U.S. Probation Officer and Warren St. John at 801 Cherry Street, Unit 5, Fort Worth, Texas 76102.

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney