Case 4:11-cr-00151-A Document 107 Filed 08/29/18 

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:11-CR-151-A |
| CRYSTAL MASON-HOBBS | § | |

ORDER

On August 29, 2018, defendant, Crystal Mason-Hobbs, electronically filed an emergency motion to continue the revocation hearing scheduled for August 30, 2018. Doc.[1] 105. As defendant well knows, the undersigned does not accept electronic filings. Doc. 2. Moreover, the motion does not contain a certificate of conference and would be stricken in any event. Local Criminal Rule 47.1(b). The court finds that the motion should be stricken from the record and unfiled.

The court ORDERS that defendant's emergency motion to continue be, and is hereby, stricken from the record and unfiled.

The court further ORDERS that the revocation hearing set for August 30, 2018, will go forward at the scheduled time in the Fourth Floor Courtroom of the United States Courthouse, Fort

---

[1]The "Doc. ___" reference is to the number of the item on the docket in this action.

Worth, Texas, at which time, date, and place defendant, her counsel[2], and counsel for the government shall be present.

SIGNED August 29, 2018.

_____
JOHN McBRYDE
United States District Judge

---

[2] The court notes that defendant is represented by two attorneys. The court will excuse lead counsel from appearing if she continues to be unable to be present.

2

UNFILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11-CR-151-A(01) |
| CRYSTAL MASON-HOBBS | § | |

## EMERGENCY MOTION TO CONTINUE

CRYSTAL MASON-HOBBS, through undersigned counsel, respectfully requests that this Honorable Court stay the hearing on revocation of supervised release currently scheduled for August 30, 2018, due to Lead Counsel having been hospitalized today, August 29, 2018.

Secondary Counsel just joined the case less than a week ago. Counsel's role was secondary and to assist Lead Counsel. Given that this case involves a fundamental liberty interest, undersigned Counsel respectfully requests at least ten (10) days to prepare to proceed in the absence of Lead Counsel.

WHEREFORE, for all the foregoing reasons, and for any other reasons this Court may deem just and proper, Crystal Mason-Hobbs, through undersigned counsel, respectfully requests that this Court continues the hearing scheduled on August 30, 2018 for at least 10 days.

Respectfully submitted,

/s/ Alison Grinter
Alison Grinter
Texas State Bar No. 24043476
3730 Kiest Valley Parkway
Dallas, Texas 75233
214-704-6400 (phone)
allisongrinter@gmail.com

/s/ Kim T. Cole
Kim T. Cole
Texas State Bar No. 24071024

K. COLE LAW, PLLC
2770 Main Street, Suite 186
Frisco, Texas 75033
(214) 702-2551 (phone)
(972) 947-3834 (fax)
kcole@kcolelaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2018, a copy of the foregoing was provided to all parties in accordance with the Federal Rules of Civil Procedure.

/s/Kim T. Cole

/s/ Alison Grinter

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11-CR-151-A(01) |
| CRYSTAL MASON-HOBBS | § § | |

### ORDER

Upon consideration of Crystal Mason-Hobbs' Emergency Motion to Continue the hearing on Revocation of Supervised Release, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion. It is further ORDERED that the revocation hearing in this matter is continued until _____ day of _____, 2018 at 2:00PM.

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE JOHN MCBRYDE
U.S. DISTRICT JUDGE