U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 29 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11-CR-151-A(01) |
| CRYSTAL MASON-HOBBS | § | |

## EMERGENCY MOTION TO CONTINUE

CRYSTAL MASON-HOBBS, through undersigned counsel, respectfully requests that this Honorable Court stay the hearing on revocation of supervised release currently scheduled for August 30, 2018, due to Lead Counsel having been hospitalized today, August 29, 2018.

Secondary Counsel just joined the case less than a week ago. Counsel's role was secondary and to assist Lead Counsel. Given that this case involves a fundamental liberty interest, undersigned Counsel respectfully requests at least ten (10) days to prepare to proceed in the absence of Lead Counsel.

WHEREFORE, for all the foregoing reasons, and for any other reasons this Court may deem just and proper, Crystal Mason-Hobbs, through undersigned counsel, respectfully requests that this Court continues the hearing scheduled on August 30, 2018 for at least 10 days.

### CERTIFICATE OF CONFERENCE

I certify that on the 29th of August, 2018, I conferred with Assistant U.S. Attorney Megan Fahey. Attempts to reach the government were unsuccessful. I was unable to ascertain whether the government does or does not oppose this motion.

### CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2018, a copy of the foregoing was provided to all parties in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Kim T. Cole
Kim T. Cole
Texas State Bar No. 24071024
K. COLE LAW, PLLC
2770 Main Street, Suite 186
Frisco, Texas 75033
(214) 702-2551 (phone)
(972) 947-3834 (fax)
kcole@kcolelaw.com

/s/ Allison Grinter
Allison Grinter
Texas State Bar No. 24043476
3730 Kiest Valley Parkway
Dallas, Texas 75233
214-704-6400 (phone)
allisongrinter@gmail.com

/s/ Justin A. Moore
Justin A. Moore
Texas State Bar No. 24088906
1801 N. Hampton Road
Suite 333
Desoto, Texas 75115
justin@moorejustice.net

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11-CR-151-A(01) |
| | § | |
| CRYSTAL MASON-HOBBS | § | |

## ORDER

Upon consideration of Crystal Mason-Hobbs' Emergency Motion to Continue the hearing on Revocation of Supervised Release, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion. It is further ORDERED that the revocation hearing in this matter is continued until _____ day of _____, 2018 at 2:00PM.

SIGNED this _____ day of _____, 2018.

THE HONORABLE JOHN MCBRYDE
U.S. DISTRICT JUDGE