Case 4:11-cr-00151-A   Document 110   Filed 08/29/18   Page 1 of 1



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2018
CLERK, U.S. DISTRICT COURT
By_____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-151-A |
| | § | |
| CRYSTAL MASON-HOBBS | § | |

ORDER

Came on for consideration the emergency motion of defendant, Crystal Mason-Hobbs, to continue. The court finds that the motion should be denied.

The court ORDERS that defendant's emergency motion to continue be, and is hereby, denied, and that the revocation hearing set for August 30, 2018, will go forward at the scheduled time in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place defendant, her counsel[1], and counsel for the government shall be present.

SIGNED August 29, 2018.

_____
JOHN MCBRYDE
United States District Judge

---

[1] The court notes that defendant is now represented by three attorneys and that each of them signed the emergency motion. The motion represents that the continuance is sought "due to Lead Counsel having been hospitalized today." The court will excuse lead counsel from appearing if she continues to be unable to be present.