

**TARRANT COUNTY
ELECTIONS ADMINISTRATION**

STEPHEN VICKERS
Elections Administrator



2018 AUG 30  PM 12: 30
Deputy Elections Administrator
CLERK OF COURT

June 25, 2013

VUID: 1051322606
Idnumber: 2180399
Notice #: N4496689

CRYSTAL LA-VON MASON
6065 AUTUMN BREEZE CIR
FORT WORTH TX  76140

Prescribed by Secretary of State, Sections 16.031(a), 16.036, Texas Election Code, BW5-3 01/2015

## NOTICE OF CANCELLATION OF VOTER REGISTRATION

Notice is hereby given that your voter registration has been cancelled in Tarrant County.

The reason for cancellation is due to failure to respond to a Notice of Examination mailed to you by this office over 30 days ago. (Sec. 16.033, Texas Election Code.)

You may request a hearing on the cancellation of your registration by submitting a written request for such hearing. If you request a hearing, a notice will be mailed to you setting forth the date of the hearing. The hearing will be scheduled within ten (10) days after your request or on a later date if you so request.

If after the hearing, the voter registrar determines that your registration shall remain cancelled, you are entitled to appeal the adverse decision issued by the voter registrar by petitioning for review in district court not later than the 30th day after the adverse decision is issued.

If you should have any questions regarding this cancellation, please contact me at (817) 831-6457.

Pam Flow
Voter Registration Clerk

PFLOW
13619-367          FEL

2700 PREMIER STREET, PO BOX 961011, FORT WORTH, TEXAS 76161-0011  (817) 831-8683 (VOTE)  TDD (817-759-7801)

TARRANT COUNTY
ELECTIONS ADMINISTRATION

STEPHEN VICKERS
Elections Administrator

Deputy Elections Administrator

May 22, 2013

VUID: 1051322606
Idnumber: 2180399
Notice #: N4482994

CRYSTAL LA-VON MASON
6065 AUTUMN BREEZE CIR
FORT WORTH TX 76140

Prescribed by Secretary of State, Section 16.033, Texas Election Code, BW5-2, 01/2015

## NOTICE OF EXAMINATION

Notice is hereby given that information has been received in our office concerning your registration to vote. Your registration status is being examined on the ground(s) that:

You have been convicted of a felony.

You must reply within 30 days of this notice. You should provide adequate information or documentation establishing your qualifications to remain registered in this county. A response form is enclosed for your use in replying to this notice.

If a reply is not received within 30 days after the date of mailing this notice, your registration will be canceled.

If you have any questions concerning this notice, please contact our office at (817) 831-6457.

*[signature]*

Irma Martinez
Voter Registration Clerk

PFLOW
13527-19   EFEL

n_rel_2s
120828

2700 PREMIER STREET, PO BOX 961011, FORT WORTH, TEXAS 76161-0011 (817) 831-8683 (VOTE) TDD (817-759-7801)