```
         There were times when Ms. Mason-Hobbs and I
 2  had conversations regarding the specifics of her
 3  conditions of supervision, but it was always, in my
 4  opinion, a cordial conversation, which we parted with an
 5  understanding of what the expectations were.
 6       Q.   You said -- well, what day did she begin her
 7  three-year probationary period?
 8       A.   August the 5th of 2016.
 9       Q.   Okay.  And -- and did you warn her that she
10  could not vote when she was on supervision?
11       A.   No, we did not.
12       Q.   Why not?
13       A.   That is not a standard part of the procedures
14  during an initial intake to begin supervised release.
15  That's just not something we do.  In my opinion, that's
16  common knowledge, but that's -- that's not something we
17  do.
18       Q.   Had Ms. Mason-Hobbs been meeting with a --
19  her -- her probation officer?
20       A.   Yes, yes.
21       Q.   Is it fair to say that she knows that she's on
22  probation?
23       A.   She -- she understands that and knows that
24  she's on a term of supervised release, correct.
25       Q.   And had she been released from that supervision
```