

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-151-A |
| | § | |
| CRYSTAL LA VON MASON-HOBBS | § | |

JUDGMENT OF REVOCATION AND SENTENCE

Came on to be heard, as contemplated by Fed. R. Crim. P. 32.1, the motion of United States of America to revoke the term of supervised release imposed on defendant, **CRYSTAL LA VON MASON-HOBBS**. After having considered the grounds of the government's motion, the evidence offered, statements of and on behalf of defendant, and argument of counsel, the court has determined that the term of supervised release imposed on defendant should be revoked and that defendant should be sentenced to a term of imprisonment of 10 months and to serve a 26-month term of supervised release upon discharge from prison.

The court finds and concludes that:

(a) Defendant was given, in a timely manner, written notice of her alleged violations of the term of supervised release upon which the motion to revoke is based;

(b) The motion to revoke the term of supervised release was served on defendant in a timely manner prior to the hearing;

(c) There was a disclosure to defendant, and her attorneys, of the evidence against defendant;

(d) The hearing was held within a reasonable time; and,

(e) Defendant violated the conditions of her supervised release as alleged in the government's motion to revoke term of supervised release, in particular Mandatory Condition No. 1 that she not commit another federal, state, or local crime, as evidenced by the certified judgment of conviction by court (Government's Ex. 1) on the indictment (Court Ex. 1) charging:

THAT CHYSTAL MASON, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 8TH DAY OF NOVEMBER 2016, IN THE COUNTY OF TARRANT, STATE OF TEXAS, Did then and there vote in an election in which she knew she was not eligible to vote in, to-wit: the 2016 General Election, after being finally convicted of the felony of Conspiracy to Defraud the United States, in the United States District Court of the Northern District of Texas, Fort Worth Division, on March 16, 2012, in case number 4:110CR-151-A(01), and Defendant had not been fully discharged from her sentence for the felony including any court ordered term of parole, supervision and probation.

Other findings and conclusions of the court were stated by the court into the record at the hearing. The court adopts all such findings and conclusions as part of this judgment.

In reaching the conclusions and making the determinations and rulings announced at the hearing, and as stated in this judgment, the court considered all relevant factors set forth in 18 U.S.C. § 3553(a) that are proper for consideration in a revocation context.

The court ORDERS, ADJUDGES, and DECREES that the term of supervised release, as provided by the judgment in a criminal case imposed on March 16, 2012, and signed on March 19, 2012 (the "judgment"), be, and is hereby, revoked; and

The court further ORDERS, ADJUDGES, and DECREES that defendant, CRYSTAL LA VON MASON-HOBBS, be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 10 months, to be followed by a term of supervised release of 26 months to be served consecutively to the sentence imposed in Case No. 1485710D in the District Court of Tarrant County, Texas, 432nd Judicial District.

The court further ORDERS, ADJUDGES, and DECREES that, while on supervised release, defendant shall comply with the same conditions as set forth in the judgment, except that standard condition of supervision number 4 is amended to read as follows:

> The defendant shall not leave the judicial district where she is being supervised without permission of the U.S. Probation Officer.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by Title 18 United States Code section 3583(f).

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before 2:00 p.m. on September 13, 2018. The defendant shall determine from the Office of the United States Marshal in Fort Worth, Texas, at least two business days before September 13, 2018, the identity and location of the institution at which she is to surrender. Until her surrender on September 13, 2018, defendant shall abide by the same conditions of supervision set forth in the judgment, as modified herein.

The date of imposition of the sentence provided by this judgment is August 30, 2018.

SIGNED August 30, 2018.

_____
JOHN McBRYDE
United States District Judge

Personal information about the defendant is set forth on the attachment to this Judgment of Revocation and Sentence.