U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 18 2019

CLERK, U.S. DISTRICT COURT
By_____
  Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-151-A |
| | § | |
| CRYSTAL MASON-HOBBS | § | |

ORDER

Came on for consideration the motion of defendant, Crystal Mason-Hobbs, to convert remaining sentence. The court finds that the motion should be denied. Defendant does not cite, and the court is not aware of, any authority in support of the request.

The court ORDERS that defendant's motion to convert remaining sentence be, and is hereby, denied.

SIGNED January 18, 2019.

_____
JOHN McBRYDE
United States District Judge