UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 0 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## Report on Person Under Supervision - No Court Action Recommended

| | |
|---|---|
| Name of Offender: | Crystal La Von Mason-Hobbs      Case No.: 4:11-CR-151-A(01) |
| Name of Sentencing Judge: | Senior U.S. District Judge John McBryde |
| Date of Original Sentence: | March 19, 2012 |
| Original Offense: | Conspiracy to Defraud the United States, 18 U.S.C. § 371, a Class D felony |
| Original Sentence: | 60-month custody, 3 year term of supervised release |
| Revocations: | August 30, 2018: 10-month custody, 26-month term of supervised release; to be served consecutively to the sentence imposed in Case No. 1485710D in the District Court of Tarrant County, Texas, 432nd Judicial District |
| Type of Supervision: Supervised Release | Date Supervision Commenced: July 19, 2019 |
| Assistant U.S. Attorney: Jay Weimer | Defense Attorney: J. Warren St. John (Retained) |

## Notification To The Court For Cause As Follows:

In response to the offender's request for early termination, the probation officer recommends the following action for the Court's consideration:

Crystal La Von Mason-Hobbs began her initial term of supervised release in the Northern District of Texas, on August 5, 2016. Her term of supervised release was revoked by Your Honor on August 30, 2018, for new criminal conduct and failing to pay restitution as court ordered.

Ms. Mason-Hobbs began her second term of supervised release in the Northern District of Texas, on July 19, 2019. Her supervision is scheduled to expire on September 18, 2021.

Ms. Mason-Hobbs has maintained a stable residence since the onset of supervision. She has been employed with General Motors, Arlington, Texas, since February 2020.

On April 1, 2020, the Court was notified that Ms. Mason-Hobbs had opened five new credit card accounts from July 2019 to February 2020, without permission from the probation officer, and that she failed to pay restitution at the rate of at least $500 per month. Your Honor concurred with the probation officer's recommendation that no action be taken at that time, as Ms. Mason-Hobbs had been instructed to close all accounts that had been opened since July 2019. Ms. Mason-Hobbs provided documentation of closing all opened accounts, on July 9, 2020. Ms. Mason-Hobbs has paid her restitution at the rate of $500 per month since February 2020. Ms. Mason-Hobbs has reported each month as instructed and complied with all other conditions of supervised release. A recent criminal records check revealed she has had no new criminal arrests since beginning her second term of supervised release.

On May 27, 2021, the U.S. Probation Office received the Government's response opposing Ms. Mason-Hobbs' request for early termination. Based upon Ms. Mason-Hobbs criminal history, her role in the offense of conviction, her criminal conduct during her initial term of supervised release, her noncompliance during her current term of supervised release, and the amount of restitution still owed, the U.S. Probation Office does not support early termination of Ms. Mason-Hobbs' supervised release at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2021

Respecfully submitted,

*Regina Jarmon*
Regina Jarmon
U.S. Probation Officer
Fort Worth Division
Phone: 806-781-4537

Approved,

*Bradley Holmes*
Bradley Holmes
Supervising U.S. Probation Officer
Phone: 214-287-6993

**Order of the Court:**

[X] Agrees with the recommendation of the probation officer.

[ ] Orders the probation officer to submit a request for modifying the conditions or term of supervision.

[ ] Orders the probation officer to submit a request for warrant or summons.

[ ] Other or Additional:

[ ] File under seal until further order of the Court.

_____
The Honorable John McBryde
Senior U.S. District Judge

6/10/21
Date

RJ