IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-151-A |
| | § | |
| CRYSTAL MASON-HOBBS | § | |

## ORDER

Came on for consideration the motion of defendant, Crystal Mason-Hobbs, for early termination of supervised release. The court, having considered the motion, the responses of the probation officer and government, the record, and applicable authorities, finds that the motion should be denied.

The court ORDERS that movant's motion for early termination of supervised release be, and is hereby, denied.

SIGNED June 10, 2021.

JOHN McBRYDE
United States District Judge